# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1052**
**CAF 15-00900**
PRESENT: CARNI, J.P., DEJOSEPH, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF AMY R. CANOUGH,
PETITIONER-RESPONDENT,

V                                                                    ORDER

TODD R. TRAINHAM, RESPONDENT-APPELLANT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-APPELLANT.

------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered May 8, 2015 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent to an order of a Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Social Servs. v Rita M.S.*, 94 AD3d 1509, 1510; *see also Matter of Ball v Marshall*, 103 AD3d 1270, 1271).

Entered:  November 10, 2016                           Frances E. Cafarell
                                                      Clerk of the Court